CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** US v. Steven A. Knighton _____ v.

_____

**DOCKET NUMBER:** 16-3205

**COUNSEL'S NAME:** Joseph J. Karaszewski

**COUNSEL'S ADDRESS:** 138 Delaware Avenue

Buffalo, NY 14202

**COUNSEL'S PHONE:** (716) 843-5837

### QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings:_____
(Description & Dates)

[ ] Trial:_____
(Description & Dates)

[✓] Sentencing: Proceedings before the Hon. William M. Skretny on August 3, 2016
(Description & Dates)

[ ] Post-trial proceedings:_____
(Description & Dates)

I, Joseph J. Karaszewski , hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds [ ] CJA Form 24

s/Joseph J. Karaszewski                                    9/27/2016
Counsel's Signature                                              Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                                      Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**